UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Peter Enger, et al.
             Plaintiff,

v.    Case No.: 1:14–cv–02117
      Honorable Andrea R. Wood

Chicago Carriage Cab Co., et al.
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2014:

MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Defendant's motion to dismiss complaint as to Defendants Freidman and Tsitridis [8] is taken under advisement. Plaintiff's response shall be filed today, 4/10/2014. Defendants' reply in support shall be filed by 4/24/2014. Status hearing set for 5/21/2014 at 9:00 a.m. John Duke's motion to appear pro hac vice as counsel for Plaintiffs [12] is granted. John Duke shall file his appearance immediately. Mailed notice(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.