# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Peter Enger, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:14–cv–02117
                                                        Honorable Andrea R. Wood

Chicago Carriage Cab Co., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 29, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants Chicago Carriage Cab Co., Yellow Cab Affiliation, Inc., 5 Star Flash Inc., Simon Garber, Michael Levine and Henry Elizar's motion to dismiss [32] is granted. Plaintiffs are granted leave to file an amended complaint, if they can do so consistent with the requirements of Fed. R. Civ. P. 11, by 1/26/2015. Defendants Freidman and Tstirdis's motion to dismiss [8] is denied as moot. Civil case terminated. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.